ARTHUR H. PHELPS, Appellant, v. HANNIBAL J. DeMESA, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

PHILIP H. REID and SOLOMON B. MANDELL, etc., Appellants, v. PRODUCTS MANUFACTURING COMPANY, Respondent. (Appeal No. 2.)— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No case is made out for further interference with the plaintiffs' adjudicated rights. There is no application for a stay on appeal nor is the city of New York a party to the action. Mills, Rich, Blackmar, Kelly and Jaycox, JJ., concur.

ARTHUR C. SALMON, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

NELLIE M. SALMON, Respondent, v. BOOTH & FLINN, LTD., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

GEORGE J. SAWYER, Respondent, v. ROBERT M. CONE, Appellant.— It affirmatively appears by plaintiff's own testimony that he was guilty of contributory negligence, and we are of opinion that a new trial should not be granted merely for the purpose of affording him an opportunity of changing his testimony. The order of the City Court of New Rochelle is, therefore, reversed and the judgment reinstated, with costs. Rich, Blackmar and Jaycox, JJ., concur; Mills and Kelly, JJ., dissent.

JOHN SCHNEIDER, Respondent, v. ADOLPHUS PFEIFFER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of the TRANSIT CONSTRUCTION COMMISSIONER for the Appointment of Three Commissioners, etc. Modification of Fourteenth Street — Eastern Line (Route No. 68).—Motion granted and order signed. Present — Mills, Rich, Putnam, Blackmar and Kelly, JJ.

HYMAN AARON, Agent, etc., Appellant, v. MORRIS GURIAN, Respondent. — Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

ABRAHAM ABRAMSON, Respondent, v. AMERICAN UNION LINE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

JOHN A. BORST, Appellant, v. BROOKLYN DAILY TIMES, INC., Respondent.— Order modified by striking out the provision precluding plaintiff from giving any evidence, and as modified affirmed, without costs. No opinion. Mills, Rich, Putnam, Blackmar and Kelly, JJ., concur.

JOHN L. CLYDE, Respondent, v. WALTER WOOD, as Sole Surviving Partner and Doing Business under the Firm Name and Style of R. D. WOOD & COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Rich, Blackmar, Kelly and Jaycox, JJ., concur; Jenks, P. J., not voting.